UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

GREGORY DAVIS,
on behalf of himself and
all others similarly-situated

        Plaintiff,

   v.                             Case No. 24-cv-1180

SHOWCASE KITCHENS, INC.,

        Defendant

## FINAL ORDER

This Court GRANTS the Plaintiff's Unopposed Motion for Final Settlement Approval, (ECF No. 39), APPROVES the parties' Settlement Agreement, (ECF No. 34-1), as a fair, reasonable, and adequate resolution of a *bona-fide* dispute under the FLSA and the WWPCL, and ORDERS the following:

1. This matter is certified as a class action pursuant to Fed. R. Civ. P. 23;

2. This matter is certified as a collective action pursuant to 29 U.S.C. § 216(b);

3. The parties' Settlement Agreement is approved as a fair, reasonable, and adequate resolution of a *bona fide* wage dispute as it applies to the Settlement Class Members;

4. Named Plaintiff, Gregory Davis, is appointed as representative of the Settlement Class;

5. Walcheske & Luzi, LLC is appointed as Counsel for the Settlement Class;

6. The Settlement Agreement is binding on the Parties;

7. The Settlement Class Members' released claims are dismissed with prejudice;

8. The wage claims of the putative collective members who did not timely submit their written consent to join forms are dismissed without prejudice;

9. The wage claims of the putative class members who timely and properly excluded themselves in full accordance with the procedures set forth in the parties' Settlement Agreement are dismissed without prejudice;

10. Plaintiff's unopposed Motion for Approval of Attorneys' Fees and Costs filed concurrently herewith is granted;

11. Plaintiff's unopposed Motion for Approval of Service Payment filed concurrently herewith is granted; and

12. Dismissing this matter on the merits and with prejudice.

Dated this 22nd day of June, 2026

BY THE COURT

Hon. William C. Griesbach
**United States District Judge**